IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Southwest Fair Housing Council,<br><br>    Plaintiff,<br><br>v.<br><br>WG Chandler Villas SH LLC, et al.,<br><br>    Defendants. | No. CV-18-00210-TUC-RM<br><br>**ORDER** |

Plaintiff Southwest Fair Housing Council filed its First Amended Complaint (Doc. 8) against 17 individual defendants. Defendants brought Motions to Sever (Docs. 90, 91, 92, 93, 94, 98, 100, 101, 102, 103, 104, 105), which the Court granted (Doc. 120). This case now been severed into the following 12 individual lawsuits:

| | | | |
|---|---|---|---|
| (1) | No. CV-19-00178-TUC-RM | Southwest Fair Housing Council v. WG Chandler Villas SH LLC |
| (2) | No. CV-19-00179-TUC-RM | Southwest Fair Housing Council v. WG Campana del Rio SH LLC |
| (3) | No. CV-19-00180-TUC-RM | Southwest Fair Housing Council v. WG Scottsdale LLC |
| (4) | No. CV-19-00181-TUC-RM | Southwest Fair Housing Council v. Brookdale Senior Living Communities Incorporated |
| (5) | No. CV-19-00182-TUC-RM | Southwest Fair Housing Council v. Immanuel Caring Ministries Incorporated, et al. |
| (6) | No. CV-19-00183-TUC-RM | Southwest Fair Housing Council v. La Posada at Park Centre Incorporated |
| (7) | No. CV-19-00184-TUC-RM | Southwest Fair Housing Council v. |

|     |      |                         |                                                                        |
| --- | ---- | ----------------------- | ---------------------------------------------------------------------- |
|     |      |                         | MorningStar Senior Management LLC, et al. |
|     | (8)  | No. CV-19-00185-TUC-RM  | Southwest Fair Housing Council v. Solterra of Arizona LLC |
|     | (9)  | No. CV-19-00186-TUC-RM  | Southwest Fair Housing Council v. Ensign Group Incorporated, et al. |
|     | (10) | No. CV-19-00187-TUC-RM  | Southwest Fair Housing Council v. SRG Management LLC |
|     | (11) | No. CV-19-00188-TUC-RM  | Southwest Fair Housing Council v. Sunrise Senior Living Development Incorporated, et al. |
|     | (12) | No. CV-19-00189-TUC-RM  | Southwest Fair Housing Council v. Watermark Retirement Communities Incorporated |

There are no defendants remaining in the above-captioned matter, so the Clerk of Court will be directed to close this case. Accordingly,

**IT IS ORDERED** that the above-captioned case is **dismissed without prejudice**. The Clerk of Court is directed to close this case.

Dated this 5th day of April, 2019.

_____
Honorable Rosemary Márquez
United States District Judge